# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of -- ) | |
| ) | |
| Caddell Construction Co. (DE), LLC ) | ASBCA No. 62198-992 |
| ) | |
| Under Contract No. N69450-14-C-1756 ) | |

APPEARANCE FOR THE PETITIONER:    Brian Stewart, Esq.
    Counsel

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Julie C. Riggieri, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

On September 25, 2019, Caddell Construction Co. (DE), LLC filed a request under Board Rule 1(a)(5) for an order directing the contracting officer to render a decision on its claim. By Order dated September 27, 2019, the Board directed the government to either show cause why such an Order should not be issued or indicate when the contracting officer would issue a decision. By letter dated November 5, 2019, government counsel informed the Board that the contracting officer had issued a final decision and included a copy of the final decision dated October 31, 2019.

Accordingly, this petition is dismissed as moot.

Dated: November 19, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


_____                           _____
RICHARD SHACKLEFORD                               J. REID PROUTY
Administrative Judge                              Administrative Judge
Vice Chairman                                     Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


     I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the Armed Services Board of Contract Appeals in ASBCA No. 62198-992, Petition of Caddell Construction Co. (DE) LLC, rendered in conformance with the Board's Charter.

     Dated:


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2